UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUBENSTEIN CT, LLC,

                        Petitioner,

            -against-

NATURALENA BRANDS, INC.,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/12/2024_

24 Civ. 6864 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 11, 2024, Petitioner filed a petition to confirm an arbitration award.  ECF No. 1.  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment."  *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly:

1.  By **October 17, 2024**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including memoranda of law, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2.  By **November 7, 2024**, Respondent shall file its opposition papers; and

3.  By **November 21, 2024**, Petitioner shall file its reply, if any.

By **September 30, 2024**, Petitioner shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311.  By **October 2, 2024**, Petitioner shall file an affidavit of such service.

        SO ORDERED.

Dated:  September 12, 2024
        New York, New York

ANALISA TORRES
United States District Judge