**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACK RUBENSTEIN CT, LLC,

                Petitioner,                    24 **CIVIL** 6864 (AT)

     -against-                        **JUDGMENT**

NATURALENA BRANDS, INC.,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 26, 2024, the petition to confirm the Award is GRANTED. Judgment is entered against Naturalena in the amount of $3,675,278.50, plus post-Award interest at a rate of $688.32 per day accruing from August 1, 2024, through the date of judgment, in the amount of $81,221.76, and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
       November 26, 2024

                                                      **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                       **BY:**          *K. Mango*

                                                     **Deputy Clerk**